IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JARRETT LAFLEUR, AMBER GREY, LINDSEY RELUE, JOSHUA HARKNESS, STACEY LEE FIELD, NICK CAPPS, and ALYSSA COATES on behalf of themselves and other individuals similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>STATE UNIVERSITY SYSTEM OF FLORIDA; TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, H. WAYNE HUIZENGA, JR., DARLENE LUCCIO JORDAN, SYDNEY KITSON, CHARLES H. LYDECKER, BRIAN LAMB, ALAN LEVINE, ALLY SCHNEIDER, STEVEN M. SCOTT, ERIC SILAGY, WILLIAM SELF, KENT STERMON, and NORMAN D. TRIPP; and other affiliated entities and individuals,<br><br>Defendants. | Case No. 8:20-cv-01665-KMM-AAS |

## **PLAINTIFFS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby provide notice of supplemental authority from an analogous COVID-19 tuition and fee refund action decided January 14, 2021 in this District in relation to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 31).

| Decision | Applicable Holding | Relevance |
|---|---|---|
| *Rhodes v. Embry-Riddle Aeronautical University, Inc.*, No. 6:20-cv-00927-PGB (M.D. Fla. Jan. 14, 2020), attached hereto as **Exhibit A** | The court denied defendant's motion to dismiss plaintiff's breach of contract and unjust enrichment claims, reasoning that the plaintiff adequately alleged that the university failed to perform on a promise to provide students with in-person instruction and access to campus activities and that it would be inequitable for the university to | Defendants contends that Plaintiffs have not sufficiently pleaded a contract or breach.<br><br>Defendants also attempt to argue that because there is a contract, the unjust enrichment claim must be dismissed, an argument the Court rejected. |

| Decision | Applicable Holding | Relevance |
|---|---|---|
| | retain the full value paid for in-person tuition. | |

Dated: January 19, 2021                      Respectfully submitted,

/s/ Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
Michael J. Pascucci, Esq.
Fla. Bar No.: 0083397
**EGGNATZ | PASCUCCI**
7450 Griffin Rd, Ste. 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913
JEggnatz@JusticeEarned.com
Mpascucci@JusticeEarned.com

*Local counsel for Plaintiffs*

&

**LEEDS BROWN LAW, P.C.**
Michael A. Tompkins, Esq.
Brett R. Cohen, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com
(*Admitted Pro Hac Vice*)

&

Jeremy Francis, Esq.
Jason Sultzer, Esq.
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Tel: (854) 705-9460
FrancisJ@thesultzergroup.com
Sultzerj@thesultzerlawgroup.com
(*Admitted Pro Hac Vice*)

&

Edward Ciolko, Esq.
Nicholas A. Colella, Esq.

**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412.322.9243
Fax: 412.231.0246
ncolella@carlsonlynch.com
eciolko@carlsonlynch.com
*(Admitted Pro Hac Vice)*

*Trial Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021 a true and correct copy of the instant notice was served *via* the Court's electronic filing system to all counsel of record.

*/s/* Joshua Harris Eggnatz
Joshua H. Eggnatz, Esq.

**Service List:**

Richard C. McCrea, Jr., Esq.
Greenberg Traurig, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL 33602
mccrear@gtlaw.com
(813) 318-5700

*Attorney for Defendants*