UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

J. LAFLEUR, AMBER GRAY, LINDSEY RELUE, JOSHUA HARKNESS, STACEY LEE FIELD, NICK CAPPS, and ALYSSA COATES on behalf of themselves and other individuals similarly situated,

      Plaintiffs,

v.                          CASE NO. 8:20-CV-01665-KKM -AAS

STATE UNIVERSITY SYSTEM OF FLORIDA; TIMOTHY M CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, H. WAYNE HUIZENGA, JR., DARLENE LUCCIO JORDAN, SYDNEY KITSON, CHARLES H. LYDECKER, BRIAN LAMB, ALAN LEVINE, ALLY SCHNEIDER, STEVEN M. SCOTT, ERIC SILAGY, WILLIAM SELF, KENT STERMON, and NORMAN D. TRIPP, and other affiliated entities and individuals,

      Defendants.
_____/

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, by and through their undersigned counsel and pursuant to Local Rule 3.01(i), hereby give notice of the following rulings as supplemental

ACTIVE 55487518v1

authority in support of Defendants' Motion to Strike and to Dismiss [Doc. 20]:

1. Opinion and Order in *Hassan v. Fordham University*, No. 20-CV-3265 (KMW), 2021 WL 293255, at *4-7 (S.D.N.Y. Jan. 28, 2021) (plaintiff failed to identify a "sufficient specific promise to provide in-person educational services;" generalized descriptions of classes and other university materials such as course catalogs, handbooks, and marketing materials were insufficient to identify a specific contractual representation that had been breached).

2. Order in *Gociman v. Loyola University of Chicago,* 2020 WL 243573, at *3-5 (N.D. Ill. Jan. 25, 2021) (plaintiff failed to allege a specific promise for in-person instruction; moreover, Loyola's difference in tuition for online versus in-person instruction was insufficient to allege a specific contractual promise).

        Respectfully submitted,

        /s/ Richard C. McCrea, Jr.
        Richard C. McCrea, Jr.
        Florida Bar No. 351539
        Email: mccrear@gtlaw.com
        GREENBERG TRAURIG, P.A.
        101 E. Kennedy Boulevard
        Suite 1900
        Tampa, FL  33602
        (813) 318-5700 – Telephone
        (813) 318-5900 – Facsimile
        Attorney for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Michael James Pascucci
Joshua Harris Eggnatz
EGGNATZ PASCUCCI, P.A.
7450 Griffin Road, Suite 230
Davie, FL  33314-4104
mpascucci@justicearned.com
jeggnatz@justicearned.com

Jason P. Sultzer
(Pro Hac Vice)
Jeremy P. Francis
(Pro Hac Vice)
Adam Gonnelli
(Pro Hac Vice Pending)
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY  12601
sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com
Gonnellia@thesulzterlawgroup.com

Brett R. Cohen
(Pro Hac Vice Pending)
Jeffrey K. Brown
(Pro Hac Vice Pending)
Michael K. Tompkins
(Pro Hac Vice Pending)
LEEDS BROWN LAW, P.C.

3

One Old Country Road, Suite 347
Carle Place, NY  11514
bcohen@leedsbrownlaw.com
jbrownl@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com

                          /s/ Richard C. McCrea, Jr.
                                   Attorney