UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JARRETT LAFLEUR, AMBER GREY, LINDSEY RELUE, JOSHUA HARKNESS, STACEY LEE FIELD, NICK CAPPS, and ALYSSA COATES on behalf of themselves and other individuals similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>STATE UNIVERSITY SYSTEM OF FLORIDA; TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, H. WAYNE HUIZENGA, JR., DARLENE LUCCIO JORDAN, SYDNEY KITSON, CHARLES H. LYDECKER, BRIAN LAMB, ALAN LEVINE, ALLY SCHNEIDER, STEVEN M. SCOTT, ERIC SILAGY, WILLIAM SELF, KENT STERMON, and NORMAN D. TRIPP; and other affiliated entities and individuals,<br><br>Defendants. | Case No. 8:20-cv-01665 (KKM)(AAS) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I, JEFFREY K. BROWN, am admitted or otherwise authorized to practice in this court pro hac vice, and I appear in this case as counsel for: Plaintiff Jarret LaFleur, all other Named Plaintiffs, and on behalf of the putative class.

Date:   March 4, 2021
         Carle Place, NY

*Jeffrey K. Brown*
_____
Jeffrey K. Brown
**LEEDS BROWN LAW, P.C**.
One Old Country Road,
Suite 347
Carle Place, NY 11514
JBrown@LeedsBrownLaw.com
T: (516) 873-9550
F: (516) 747-5024

CC: All Counsel of Record (via ECF)