# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JARRETT LAFLEUR, AMBER GREY, LINDSEY RELUE, JOSHUA HARKNESS, STACEY LEE FIELD, NICK CAPPS, and ALYSSA COATES on behalf of themselves and other individuals similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>STATE UNIVERSITY SYSTEM OF FLORIDA; TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, H. WAYNE HUIZENGA, JR., DARLENE LUCCIO JORDAN, SYDNEY KITSON, CHARLES H. LYDECKER, BRIAN LAMB, ALAN LEVINE, ALLY SCHNEIDER, STEVEN M. SCOTT, ERIC SILAGY, WILLIAM SELF, KENT STERMON, and NORMAN D. TRIPP; and other affiliated entities and individuals,<br><br>Defendants. | Case No. 8:20-cv-01665 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alyssa Coates, voluntarily dismisses her individual (non-class action) claims alleged against all Defendants in the First Amended Class Action Complaint [D.E. 15] without prejudice and withdraws as a proposed class representative in this action.

Dated: March 19, 2021                    Respectfully submitted,

/s/ Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
Michael J. Pascucci, Esq.
Fla. Bar No.: 0083397

1

**EGGNATZ | PASCUCCI**
7450 Griffin Rd, Ste. 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913
JEggnatz@JusticeEarned.com
Mpascucci@JusticeEarned.com

*Local Counsel for Plaintiff and the Putative Class*

&

**THE SULTZER LAW GROUP, P.C.**
Jeremy Francis, Esq.
Jason P. Sultzer, Esq.
francisj@thesultzerlawgroup.com
sultzerj@thesultzerlawgroup.com
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Tel: (854) 705-9460
(*Admitted Pro Hac Vice*)

&

**LEEDS BROWN LAW, P.C.**
Michael A. Tompkins, Esq.
Brett R. Cohen, Esq.
Jeffrey K. Brown, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com
JBrown@leedsbrownLaw.com
(*Admitted Pro Hac Vice*)

&

**CARLSON LYNCH LLP**
Edward Ciolko, Esq.
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  412.322.9243
Fax:    412.231.0246
eciolko@carlsonlynch.com
(*To be Admitted Pro Hac Vice*)

2

*Trial Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of March 2021, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Middle District of Florida and served a true and correct copy thereof on all counsel of record using the CM/ECF System.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz

**Service List:**

Richard C. McCrea, Jr.
Fla. Bar No.: 351539
Cayla M. Page, Esq.
Fla. Bar No.: 1003487
mccrear@gtlaw.com
Pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile

*Attorney for Defendants*